**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEX HAMILTON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-477-JWD-RLB** |
| **LIFE STORAGE, LLC** | |

<u>**NOTICE**</u>

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on February 11, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ALEX HAMILTON, JR.**                                         **CIVIL ACTION**

**VERSUS**                                                              **NO. 24-477-JWD-RLB**

**LIFE STORAGE, LLC**

## REPORT

This Report and Recommendation is issued *sua sponte*. Plaintiff initiated this action on or about June 12, 2024, naming as defendant Life Storage, LLC. (R. Doc. 1). A Motion to Proceed in forma pauperis was filed in conjunction with the complaint. (R. Doc. 2). On June 13, 2024, the Court entered an Order granting the Motion to Appear in forma pauperis and plaintiff was advised he was responsible for service on the defendant. (R. Doc. 3). Summons were issued by the Clerk of Court on June 13, 2024 and there is no indication in the record that plaintiff did not receive the summons. (R. Doc. 4).

On June 17, 2024, the Court entered an Order setting a scheduling conference for September 19, 2024 with a status report due by September 5, 2024. (R. Doc. 6). Plaintiff failed to file a status report and no other filings were made by the September 5, 2024 deadline. On September 17, 2024, the Court entered an Order cancelling the scheduling conference and set a deadline of October 16, 2024 for plaintiff to show cause, in writing, why his claim asserted against Life Storage, LLC should not be dismissed for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m). (R. Doc. 8). Plaintiff was advised that failure to file a written response to the Order may result in a recommendation of dismissal.

A review of the record indicates plaintiff has not filed a response to the order to show cause or taken any other action to serve the defendant within the time allowed by Fed. R. Civ. P. 4(m).

**RECOMMENDATION**

It is the recommendation of the Magistrate Judge that this matter be dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on February 11, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**