UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALEX HAMILTON, JR.**                                                                             **CIVIL ACTION**

**VERSUS**                                                                                       **NO. 24-477-JWD-RLB**

**LIFE STORAGE, LLC**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 11, 2025 (Doc. 9), to which no objection was filed;

**IT IS ORDERED** that this matter is dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 27, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**